DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.D.,** the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN
AND FAMILIES,**
Appellee.

No. 4D17-1997

[December 8, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Larry Schack, Judge; L.T. Case No. 50-2009-DP-3003 1 4-JL.

William T. Hess of Hess & Heathcock, P.A., Stuart, for appellant.

Sara Elizabeth Goldfarb of the Guardian ad Litem Program, Sanford, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*             \*             \*

***Not final until disposition of timely filed motion for rehearing.***